**222**

Wilbur Owen MORTON

v.

UNITED STATES of America.

No. 6132.

United States Court of Appeals
Tenth Circuit.

May 29, 1959.

John F. Raper, Jr., U. S. Atty., and Alfred G. Kaufman, Asst. U. S. Atty., Cheyenne, Wyo., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

On motion of appellee, remanded to the United States District Court for the District of Wyoming for a hearing on the issue of insanity.

Joseph Richard BROOKS

v.

UNITED STATES of America.

No. 6176.

United States Court of Appeals
Tenth Circuit.

June 18, 1959.

Jack I. Scheiman, Denver, Colo., for appellant.

Donald E. Kelley, U. S. Atty., Denver, Colo., for appellee.

Before MURRAH and BREITEN-STEIN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellant.